DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDUARDO VARGAS-CORTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:10-cr-0342 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE;  ORDER |
| v. | ) |
| EDUARDO VARGAS-CORTES, | ) Date:   September 2, 2011 ) Time:   9:00 a.m. ) Judge:  Hon. Lawrence J. O'Neill |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 26, 2011, **may be continued to September 2, 2011 at 9:00 a.m.**

This continuance is at the request of counsel for defendant to permit investigation and negotiations between the parties. Additionally, counsel will be unavailable as she will be out of town from August 25 through August 26, 2011.  This continuance will conserve time and resources for both parties and the court.

///

///

////

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for effective defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

DATED: August 22, 2011                          By:   /s/ Karen A. Escobar
                                                            KAREN A. ESCOBAR
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff


                                                            DANIEL J. BRODERICK
                                                            Federal Defender

DATED: August 22, 2011                          By:   /s/ Ann H. Voris
                                                            ANN H. VORIS
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            Eduardo Vargas-Cortez




## **O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).   Good cause exists for the stipulated continuance.

IT IS SO ORDERED.

**Dated:   August 23, 2011**               /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                         -2-