HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
EDUARDO VARGAS-CORTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUARDO VARGAS-CORTES,<br><br>        Defendant. | No.  1:10-cr-342 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

     Defendant, EDUARDO VARGAS-CORTES, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

     1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

     2.     On March 26, 2012, this Court sentenced Mr. Vargas-Cortes to a term of 97 months imprisonment;

     3.     His total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months.  He received a sentence below the guideline range pursuant to 18 U.S.C. § 3553(a);

4.     The sentencing range applicable to Mr. Vargas-Cortes was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Vargas-Cortes' total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months;

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Vargas-Cortes' term of imprisonment to a term of 87 months, effective November 1, 2015.

Respectfully submitted,

| | |
|---|---|
| Dated:  September 21, 2015 | Dated:   September 21, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/  *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>EDUARDO VARGAS-CORTES |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Vargas-Cortes is entitled to the benefit of Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2012 is reduced to a term of 87 months, effective November 1, 2015. If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence. In no event is this Order to be understood as authorizing release prior to November 1, 2015 or authorizing a term of imprisonment less than the term actually served on November 1, 2015.

.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Vargas-Cortes shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **September 22, 2015**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE