AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

_____ EASTERN _____   District of _____ CALIFORNIA _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:   1:10-CR-00342-001 LJO |
| EDUARDO VARGAS-CORTES | ) |
| | ) USM No:   24867-298 |
| Date of Original Judgment:   03/26/2012 | ) |
| Date of Previous Amended Judgment: _____ | ) Hannah R. Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 97 _____ months **is reduced to** _____ 87 months _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ 03/26/2012 _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   _____ 09/22/2015 _____        _____ /s/ Lawrence J. O'Neill _____
                                                         *Judge's signature*

Effective Date:   _____ 11/01/2015 _____        Honorable Lawrence J. O'Neill, District Court Judge